IAT.6734

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# ABILENE DIVISION

| | |
|---|---|
| ERIN REYNOLDS A.K.A. ERIN THETFORD, INDIVIDUALLY and AS REPRESENTATIVE OF THE ESTATE OF MARY KNIGHT, AND AS REPRESENTATIVE OF THE ESTATE OF HAGEN THETFORD,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WADE REYNOLDS,<br><br>　　　　Intervenor,<br><br>v.<br><br>CAROLINA CARGO, INC. OF ROCK HILL,<br><br>　　　　Defendant. | Civil Action No. 1:15-cv-198 |

## ORDER TO DISMISS DEFENDANT WITH PREJUDICE

ON THIS DAY, CAME ON FOR CONSIDERATION Plaintiff, ERIN REYNOLDS A.K.A. ERIN THETFORD, INDIVIDUALLY and AS REPRESENTATIVE OF THE ESTATE OF MARY KNIGHT, AND AS REPRESENTATIVE OF THE ESTATE OF HAGEN THETFORD, Intervenor, WADE REYNOLDS, and Defendant's CAROLINA CARGO, INC. OF ROCK HILL's Agreed Motion to Dismiss with Prejudice.

After considering said Motion, this Court is of the opinion that this Motion should be granted in its entirety; and it is hereby:

**ORDERED, ADJUDGED, AND DECREED** that all of the claims against this Defendant that were raised by Plaintiff or Intervenor in the above-referenced cause, be non-suited and dismissed with prejudice, with all costs of Court taxed against the party incurring same.

SIGNED this _____ day of _____, 2016.

_____
**JUDGE PRESIDING**

AGREED AS TO FORM:

_____
Craig W. Carlson / Scott R. Crivelli
Attorneys for Plaintiff

_____
Christopher J. Campana
Attorney for Intervenor

_____
William M. Toles
Attorney for Defendant